EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Integración de Salas de Verano | 2023 TSPR 70 |
| | 212 DPR ___ |

Número del Caso: ES-2023-0001

Fecha: 19 de mayo de 2023

Materia: Integración de Salas de Verano.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

INTEGRACIÓN DE SALAS DE VERANO        ES-2023-01

RESOLUCIÓN

En San Juan, Puerto Rico, a 19 de mayo de 2023.

De conformidad con la Regla 4(d) del Reglamento de este Tribunal, 4 LPRA Ap. XXI-B, culminada la presente sesión, se constituyen las siguientes salas para funcionar durante el receso de verano:

Del 1 de julio al 15 de agosto de 2023:

Hon. Rafael L. Martínez Torres, Presidente
Hon. Mildred G. Pabón Charneco
Hon. Edgardo Rivera García
Hon. Ángel Colón Pérez

Del 16 de agosto al 30 de septiembre de 2023:

Hon. Maite D. Oronoz Rodríguez, Presidenta
Hon. Erick V. Kolthoff Caraballo
Hon. Roberto Feliberti Cintrón
Hon. Luis F. Estrella Martínez

De surgir un empate en la votación de alguna de las Salas de Despacho, se designará a otra Jueza u otro Juez que no forme parte de esa Sala.

El Tribunal continuará certificando Opiniones y Sentencias durante este periodo.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo